UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **SCOTT D. BENNETT**<br>**BARBARA J. BENNETT** | Case No. 18-47033-mlo<br>Chapter 7<br>Hon. Maria L. Oxholm |
| Debtors | |

## ORDER AUTHORIZING EMPLOYMENT OF CLAYSON, SCHNEIDER & MILLER, P.C. AS COUNSEL FOR CHAPTER 7 TRUSTEE

The Trustee, Wendy Turner Lewis, having filed an Application to Employ Clayson, Schneider, & Miller, P.C. as Counsel for the Trustee with attached Statement of Disinterestedness, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that employment of Clayson, Schneider, & Miller, P.C. and its attorneys, including Peter F. Schneider as counsel for the Chapter 7 Trustee is approved pursuant to the terms and conditions set forth in the Application and its supporting Statement of Disinterestedness. Compensation may be paid upon proper application and only after court authorization.

**Signed on July 09, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge